# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICHARD FISHER,            )
                                )
         Plaintiff,          )
                                )
           v.                 )    **Civil Case No. 09-1910 (RJL)**
                                )
ISAAC FULWOOD, JR., *et al.*,    )
                                )
         Defendants.       )
                                )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 27 day of March, 2011, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [#13] is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that all claims against defendant P. Denton shall be dismissed; and it is further

**ORDERED** that all claims for violation of the Due Process Clause of the Fifth and Fourteenth Amendment to the United States Constitution shall be dismissed; and it is further

**ORDERED** that the remaining defendants shall file either a further dispositive motion as to the remaining claim or a proposed discovery schedule no later than 30 days from the date of this Order.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge